```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

CURTIS D. HULING,                *

    Petitioner,              *

vs.                              *

UNITED STATES OF AMERICA,        *   CASE NO. 4:16-cr-25-CDL-CHW

    Respondent.              *

                                                   *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on November 25, 2024. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court, including the denial of a certificate of appealability.

IT IS SO ORDERED, this 19th day of December, 2024.

                                                    S/Clay D. Land  
                                                    CLAY D. LAND  
                                                    U.S. DISTRICT COURT JUDGE  
                                                    MIDDLE DISTRICT OF GEORGIA